FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 NOV 18 A 8: 27

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROOSEVELT STEWART | CIVIL ACTION |
| VERSUS | NO. 04-1325 |
| J. SIMMONS, R.N., BESSIE CARTER, R.N., M.D. THOMAS, B. COOPER, R.N., WARDEN MILLER, MR. LEFTWICH - DENTIST, MS. TOUCHSTONE | SECTION: "B" (4) |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the plaintiff Roosevelt Stewart's Title 42 U.S.C. § 1983 claims against the defendants, J. Simmons, Bessie Carter, Dr. Thomas, B. Cooper, Warden James Miller, Dr. A. Leftwich, Officer Touchstone and EMT Stewart, in their official capacities, are **DISMISSED WITH PREJUDICE** as frivolous and/or for failure to state a claim for which relief can be granted and/or for seeking monetary damages from an immune defendant pursuant to Title 28 U.S.C. § 1915(e) and § 1915A and Title 42 U.S.C. § 1997e.

___ Fee_____
___ Process_____
_X_ Dktd_____
_/_ CtRmDep_____
___ Doc. No._____

IT IS ORDERED that the Stewart's § 1983 claims against the defendants, Bessie Carter, B. Cooper, and Warden James Miller, in their individual capacities, are **DISMISSED WITH PREJUDICE** as frivolous and/or for failure to state a claim for which relief can be granted pursuant to Title 28 U.S.C. § 1915(e) and § 1915A and Title 42 U.S.C. § 1997e.

IT IS FURTHER ORDERED that the defendants' **Motion to Dismiss Complaint (1) For Failure to Serve; and (2) as Frivolous, For Failure to State a Claim on Which Relief May Be Granted, and/or Because the Plaintiff Seeks Monetary Relief Against Defendants Who Are Immune From Such Relief Pursuant to 28 U.S.C. §1915(e)(2)(B)(i), (ii), and (iii) and Fed. R. Civ. P. 12(b)(1) and (6) and Motion For a More Definite Statement/Request for *Schultea* Reply** (Rec. Doc. No. 20) is:

(1) **DISMISSED in part** as moot on the issue of lack of subject matter jurisdiction over the official capacity claims pursuant to Fed. R. Civ. P. 12(b)(1), on the request that the Court conduct its statutory review under Title 28 U.S.C. § 1915, and on the request for dismissal under Fed. R. Civ. P. 12(b)(6) of the plaintiff's claims against Carter, Cooper and Miller, in their individual capacities;

(2) **GRANTED in part** under Fed. R. Civ. P. 12(b)(6) as to the plaintiff's claims against Officer Touchstone and the claims arising out of dental and eye care only against Nurse Simmons and those claims therefore should be **DISMISSED WITH PREJUDICE**;

(3) **DENIED in part** as to the request for dismissal for lack of service of EMT Stewart and Officer Touchstone under Fed. R. Civ. P. 4(m);

(4) **DENIED in part** as to the request for more definite statement/*Schultea* reply; and

(5) **DENIED in part** under Fed. R. Civ. P. 12(b)(6) as to the plaintiff's medical indifference claims against Nurse Simmons arising out of the duty status issue only, Dr. Thomas, Dr. Leftwich and EMT Stewart. These claims should remain referred to the Magistrate Judge for further proceedings.

**IT IS ORDERED** that, within ten (10) days of the date of this order, the plaintiff Roosevelt Stewart **SHALL** submit in writing a more complete name for defendant "EMT Stewart." **FAILURE TO COMPLY WITH THIS ORDER WILL RESULT IN THE DISMISSAL OF THE CLAIMS AGAINST EMT STEWART FOR FAILURE TO PROSECUTE.**

New Orleans, Louisiana, this ___17th___ day of ___Nov___, 2005.

_____
**UNITED STATES DISTRICT JUDGE**


**CLERK TO FORWARD A COPY OF THIS ORDER TO
MAGISTRATE JUDGE KAREN WELLS ROBY**