

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROOSEVELT STEWART | CIVIL ACTION |
| VERSUS | NO. 04-1325 |
| J. SIMMONS, R.N., BESSIE CARTER, R.N., M.D. THOMAS, B. COOPER, R.N., WARDEN MILLER, MR. LEFTWICH - DENTIST, MS. TOUCHSTONE | SECTION: "B" (4) |

### RULE 54 JUDGMENT

The Court having approved the Report and Recommendation of the United States Magistrate Judge, having adopted it as its opinion herein, and finding no reason for delay in the entry of judgment pursuant to Fed. R. Civ. P. 54(b); accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of the defendants, J. Simmons, Bessie Carter, Dr. Thomas, B. Cooper, Warden James Miller, Dr. A. Leftwich, Officer Touchstone and EMT Stewart, in their official capacities, and against the plaintiff, Roosevelt Stewart, dismissing with prejudice Stewart's claims against them, in their official capacities only, as frivolous and/or for failure to state a claim for which relief can be granted and/or for seeking monetary damages from an immune defendant pursuant to Title 28 U.S.C. § 1915(e) and § 1915A and Title 42 U.S.C. § 1997e.

```
___ Fee_____
___ Process_____
_X_ Dktd_____
_/_ CtRmDep_____
___ Doc. No._____
```

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of the defendants Bessie Carter, B. Cooper, Warden James D. Miller, in their individual capacities, and against the plaintiff, Roosevelt Stewart, dismissing with prejudice Stewart's Title 42 U.S.C. § 1983 claims against these defendants as frivolous and/or for failure to state a claim for which relief can be granted pursuant to Title 28 U.S.C. § 1915(e) and § 1915A and Title 42 U.S.C. § 1997e.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor the defendants, Officer Touchstone and J. Simmons, in their individual capacities, and against the plaintiff, Roosevelt Stewart, dismissing with prejudice the claims against Officer Touchstone for failure to state a claim for which relief can be granted and dismissing with prejudice the medical indifference claims against J. Simmons, only as to the issues of denial of eye care and dental care, for failure to state a claim for which relief can be granted.

New Orleans, Louisiana, this __17th__ day of __Nov__, 2005.

_____
**UNITED STATES DISTRICT JUDGE**